
APR 2 4 2024
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:24-cr-034 |
| v. | INDICTMENT |
| MENSAH LATEEF OLLOWAY, ROSELLA RAEANN WEAVER, DAKOTA MICHAEL GRUND, and DYLAN KRISTOPHER ELROD, | T. 18 U.S.C. § 1591(a)(1) <br> T. 18 U.S.C. § 1591(a)(2) <br> T. 18 U.S.C. § 1591(b)(1) <br> T. 18 U.S.C. § 1594(c) <br> T. 18 U.S.C. § 2428 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Engage in Sex Trafficking By Force, Fraud, and Coercion)**

Beginning on an unknown date, but from at least on or about November 17, 2023, and continuing through on or about December 17, 2023, in the Southern District of Iowa and elsewhere, in and affecting interstate commerce, the defendants, MENSAH LATEEF OLLOWAY, ROSELLA RAEANN WEAVER, DAKOTA MICHAEL GRUND, and DYLAN KRISTOPHER ELROD, did knowingly conspire and agree with each other to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means Victim #1, and benefits, financially or by receiving anything of value, from participation in said acts, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause Victim #1 to engage in a commercial sex act, in violation of Title 18,

1

United States Code, Section 1591(a)(1), (a)(2), and (b)(1).

This is in violation of Title 18, United States Code, Section 1594(c).

**THE GRAND JURY FINDS:**

<u>NOTICE OF FORFEITURE</u>

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, MENSAH LATEEF OLLOWAY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to a Glock 45, 9-millimeter pistol, with serial number BSFB134, a Taurus Spectrum 380 pistol, with serial number 1F093535, and a J.C. Higgins-Model 5837, with no serial number.

This is pursuant to Title 18, United States Code, Section 2428.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney