IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MENSAH LATEEF OLLOWAY, ROSELLA RAEANN WEAVER, AND DYLAN KRISTOPHER ELROD,<br><br>    Defendant. | No. 1:24-cr-00034-RGE-HCA<br><br><br>CRIMINAL TRIAL SETTING ORDER |

Trial in this matter will commence on Monday, February 24, 2025, at 9:00 a.m. at the United States Courthouse in Council Bluffs, Iowa. Counsel and Defendants shall appear at 8:30 a.m. each morning of trial to discuss matters likely to arise that day. In preparation for trial, the Court states the following:

1.  <u>Plea Deadline</u>: In order to afford all parties as much notice and opportunity to be as prepared for trial as possible, Defendants are put on notice that a plea of guilty must be entered by January 27, 2025. The Court will not accept any plea agreement that dismisses counts or provides for a specific sentence pursuant to Rule 11(c)(1)(C) after that date. Additionally, once that date has passed, the Court will not grant the additional one-level decrease for acceptance of responsibility provided for under USSG §3E1.1(b), barring exceptional circumstances. If Defendants intend to enter a plea of guilty, Defendants must notify the Court of such intent by no later than January 23, 2025.

2.  <u>Final Pretrial Conference</u>: A video final pretrial conference before the trial judge will be held on January 21, 2025, at 11:00 a.m. before the trial judge. Counsel and Defendants will appear from the United States Courthouse in Council Bluffs, Iowa. The trial judge will preside from the United States Courthouse in Des Moines, Iowa. All trial-related motions on file will be addressed at this hearing.

3. <u>Submissions to the Court</u>:

 *a.*  *Motions in Limine:* Motions in limine, including motions challenging the admission of any audio and/or videotape, must be filed on CM/ECF no later than twenty-one days before trial. Upon filing, the custodian of any evidence being challenged shall immediately deliver a copy of the contested evidence to the trial judge's chambers in Des Moines, Iowa, for review. Resistances shall be filed within five days after the filing of motions.

 *b.*  *Trial Briefs:* Trial briefs shall be filed on CM/ECF no later than twenty-one days before trial. Trial briefs shall contain a brief recitation of the facts of the case and notify the Court of all novel, unusual, or complex legal, factual, or procedural issues reasonably anticipated to arise at trial.

 *c.*  *Witness List:* Witness lists shall be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than fourteen days before trial. Each party shall file and submit a list indicating the order in which the party intends to call witnesses. The parties have an ongoing obligation to update their witness list in the event the list changes after initial submission and exchange. In the event a party does not intend to produce witnesses at trial, in lieu of providing a witness list, such party shall notify the Court that it does not intend to present witnesses.

 *d.*  *Exhibit List and Exhibits:* Exhibit lists shall be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than fourteen days before trial. Each party shall file and submit an exhibit list. The parties have an ongoing obligation to update their exhibit list in the event the list changes after initial submission and exchange. The parties shall each provide the Court with a tabbed, three-ring binder containing copies of all of that party's exhibits no later than fourteen days before trial. The binder shall be delivered to the trial judge's chambers in Des Moines, Iowa. The binder shall include copies of

any recordings on a disc or USB drive. If necessary, photographs or photocopies of contraband exhibits may be added to the binder the first morning of trial.

    e.    *Proposed Jury Instructions, Verdict Forms, and Interrogatories:* The parties shall file on CM/ECF joint written proposed jury instructions, verdict forms, and/or interrogatories, and shall email a Word format version to the trial judge's judicial assistant and courtroom deputy no later than twenty-one days before trial. Each requested instruction, verdict form, and/or interrogatory shall be separately numbered, begin on a separate page, and be double-spaced. Disputed instructions on the same issue shall be identified, for example, as 5A for the Government's submission and 5B for Defendants' submission. At the bottom of each proposed instruction, verdict form, and/or interrogatory, the parties must indicate the legal authority upon which it is based, such as a model instruction number, statute, regulation, decision, or other authority. All pattern instructions must be submitted in full text form with case-specific modifications, such as the name of a party or witness or alternative language applicable.

    f.    *Pretrial Motions.* The deadline for pretrial motions is not continued by this order.

4.    <u>Closing Arguments:</u> Closing arguments shall not exceed sixty minutes per party, inclusive of rebuttal. Time for rebuttal shall not exceed the amount of time used in the initial closing argument.

5.    <u>Subpoenas and/or Writs:</u> Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE