# United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

| | |
|---|---|
| Case No. 1:24-cr-00034-RGE-HCA | Clerk's Court Minutes – Voir Dire/Jury Trial Day 1 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| UNITED STATES OF AMERICA | MENSAH LATEEF OLLOWAY, ROSELLA RAEANN WEAVER, and DYLAN KRISTOPHER ELROD |

Plaintiff(s) Counsel: Shelly M. Sudmann, Jason T. Griess

Defendant(s) Counsel: Joseph J. Hrvol (Olloway, Def. 1); Jerrold R. Black (Weaver, Def. 2); Peder C. Bartling (Elrod, Def. 3)

Court Reporter: Karla Ray           Interpreter:

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Mot. in Limine as to Def. Olloway, ECF No.239 | DENIED | | |

Proceedings:

8:36 a.m. Court addresses parties outside presence of jury pool; addresses concerns regarding petit jurors. 8:42 a.m. Parties agree to preliminary jury instructions. 8:46 a.m. Court addresses Def. Olloway's Mot. in Limine [239]. Court denies. 8:49 a.m. Court addresses issues with exhibits. 8:59 a.m. Court addresses trial stipulations. Court orders stipulation to be filed on docket. 9:08 a.m. Court clarifies pretrial orders. 9:15 a.m. Court recesses. 10:15 a.m. Jury pool is seated. 10:18 a.m. Court resumes. The jury pool is sworn. Court admonishes jury pool. Court conducts voir dire. 11:22 a.m. Government conducts voir dire. 11:39 a.m. Jury pool is excused for recess. Court resumes outside the presence of the jury to conduct additional voir dire with potential juror #4. 11:46 a.m. Court recesses. 12:03 p.m. Jury pool returns. 12:04 p.m. Court resumes. Government passes for cause. 12:08 p.m. Def. Olloway's counsel (Def. 1) conducts voir dire. Counsel passes for cause. 12:14 p.m. Def. Weaver's counsel (Def. 2) conducts voir dire. Counsel passes for cause. 12:31 p.m. Def. Elrod's counsel (Def. 3) conducts voir dire. Counsel passes for cause. Parties conduct additional voir dire with potential juror no. 36 at sidebar. Strike for cause denied. 1:16 p.m. Parties exercise strikes. 2:18 p.m. Court reads list of selected jurors. 12 jurors and 2 alternate jurors selected. Court excuses potential jurors not selected. Court admonishes selected jurors. Jury sworn. 2:26 p.m. Jury excused for recess. Court resumes outside presence of jury. Court conducts voir dire with potential juror no. 15 who initially failed to appear. 2:37 p.m. Court recesses.

3:37 p.m. Court resumes outside jury presence. 3:42 p.m. Jury enters. 3:43 p.m. Government reads the indictment. 3:49 p.m. Court reads preliminary jury instructions. Court admonishes the jury. 4:34 p.m. Jury is released for the day. Court resumes outside the presence of jury to address 609 convictions and trial schedule. 4:38 p.m. Court recesses.

Time in Court: 5 hours, 41 min.         Time in Recess: 2 hour, 21 min.

Time Start: 8:36 a.m.
Time End: 4:38 p.m.
Date: February 24, 2025

/s/ Kandy Sands
Deputy Clerk